IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PHILIP P. CASALE,** | * |
| Plaintiff | * |
| vs. | *   CASE NO. 1:07 CV 00774-WKW-SRW |
| **MARTHA N. TILLMAN,** | * |
| Defendant. | * |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW**, Everett M. Urech, Counsel for Plaintiff, Mr. Philip P. Casale, and files this conflict disclosure statement concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX    The Plaintiff is an individual

There are no other parties or entities reportable.

s/Everett M. Urech

**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Plaintiff, Mr. Philip N. Casale
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

1

## CERTIFICATE OF SERVICE

  I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ms. Martha N. Tillman
7 Shad River Road
Savannah, Georgia 31410

                s/Everett M. Urech
                **EVERETT M. URECH**