IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PHILIP P. CASALE, | * |
| PLAINTIFF, | * |
| VS. | *    CASE NO. 1:07-cv-774-WKW |
| MARTHA N. TILLMAN, | * |
| DEFENDANT. | * |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Donna C. Crooks, and files this her Notice of Appearance as attorney of record for the Defendant, Martha N. Tillman, and further requests that all future notices/pleadings be sent to her.

Dated this the 18th day of September, 2007.

s/ Donna C. Crooks
DONNA C. CROOKS (CR0 056)
Attorney for Defendant
P. O. Drawer 65
Daleville, AL 36322
(334) 598-9534

Certificate of Service

The undersigned certifies that the foregoing instrument was served counsel for the Plaintiff as set forth below by electronic notice and/or by depositing a copy thereof in the United States Mail, postage prepaid on this the 18th day of September, 2007.

Hon. Everett M. Urech

s/ Donna C. Crooks
OF COUNSEL