**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

October 25, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Casale v. Tillman

Case Number:   1:07cv00774-WKW

Referenced Pleading:   Response in Support

Docket Entry Number:   15 & 16

**The referenced pleadings were filed on \*\*\*October 25, 2007\*\*\* in this case and are hereby STRICKEN as duplicate docket entries.  These pleadings were E-filed by counsel.**

**Docket Entries 15 and 16 are erroneous duplicate docket entries.   Parties are instructed to disregard # 15 and # 16 docketing entries and refer to docket entry # 14 for correction.**