## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PHILIP P. CASALE,** | * |
| Plaintiff | * |
| vs. | * CASE NO. 1:07 CV 00774-WKW-SRW |
| **MARTHA N. TILLMAN,** | * |
| Defendant. | * |

### PLAINTIFF'S NOTICE OF APPEAL

**COMES NOW**, Everett M. Urech, Counsel for Plaintiff, Mr. Philip P. Casale, and gives Notice of Appeal in the above case.

Dated this 4th day of August 2008.

    Respectfully submitted,

    s/Everett M. Urech

    EVERETT M. URECH
    AL BAR NO.: ASB-6693-E44E
    Attorney for Plaintiff
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455
    FAX: (334) 598-2076
    E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of August 2008.   I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:   Attorney Donna Crooks, Daleville, Alabama 36322.

                                                s/Everett M. Urech
                                                EVERETT M. URECH