```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006058
Cashier ID: christin
Transaction Date: 08/08/2008
Payer Name: URECH AND LIVAUDAIS PC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: URECH AND LIVAUDAIS PC
 Case/Party: D-ALM-1-07-CV-000774-001
 Amount:        $455.00
-----------------------------------
CHECK
 Remitter: URECH AND LIVAUDAIS PC
 Check/Money Order Num: 3640
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

DALM107CV774-WKW
NOTICE OF APPEAL
```